IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFRED SALVITTI, et al., | : | CIVIL ACTION |
| | : | NO. 19-00696 |
| v. | : | |
| | : | |
| SCOTT LASCELLES, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **6th** day of **July, 2020,** the Special Master having issued his Report and Recommendation (ECF No. 61) and Supplemental Statement (ECF No. 62), the Court having set a deadline for objections to the Special Master's report (see ECF No. 60) and having received no objections thereto, it is hereby **ORDERED** that the Special Master's Report and Recommendation (ECF No. 61) and Supplemental Statement (ECF No. 62) are **ADOPTED.**

It is **FURTHER ORDERED** that a status and scheduling conference will be held by telephone on **July 14, 2020, at 3:30 p.m.** Counsel shall call-in as follows:

      **888-684-8852**

      **Access Code: 4218221#**

      **AND IT IS SO ORDERED.**

      */s/ Eduardo C. Robreno*
      **EDUARDO C. ROBRENO, J.**

1