```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALFRED SALVITTI, et al.,      :    CIVIL ACTION
                              :    NO. 19-00696
      Plaintiffs,             :
                              :
   v.                         :
                              :
SCOTT LASCELLES, et al.,      :
                              :
      Defendants.             :
```

**ORDER**

**AND NOW**, this **6th** day of **January, 2022**, upon consideration of the parties' motions for summary judgment and the responses thereto, and following a hearing on the record, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. Defendants' Motion for Leave to File a Reply Brief [ECF No. 83] is **GRANTED**;

2. Plaintiffs' Motion for Partial Summary Judgment [ECF No. 77] is **DENIED**; and

3. Defendants' Motion for Summary Judgment [ECF No. 78] is **GRANTED in part** and **DENIED in part**.[1]

---

[1] For the reasons stated in the accompanying memorandum, Defendants' motion for summary judgment is granted with respect to Plaintiffs' claims for breach of contract (Count II), breach of fiduciary duty (Count III), conversion (Count V), conspiracy (Count VI), aiding and abetting (Count VII), money had and received (Count VIII), and preliminary injunction and injunctive

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

relief (Counts XI, XII). Defendants' motion is denied with respect to Plaintiffs' claim for unjust enrichment (Count IV).