IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFRED SALVITTI, et al., | : | CIVIL ACTION |
| | : | NO. 19-00696 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT LASCELLES, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **1st** day of **June, 2022,** after considering Defendants' motion in limine to exclude the report and testimony of Michael Rountree, C.P.A. and the response thereto, and after a hearing on the record, it is hereby **ORDERED** that Defendants' motion (ECF No. 105) is **GRANTED** for the reasons stated in the accompanying memorandum.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**