```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ALFRED SALVITTI, et al. | : | CIVIL ACTION |
| | : | NO. 19-0696 |
|     Plaintiffs | : | |
|   v. | : | |
| | : | |
| SCOTT LASCELLES, et al. | : | |
| | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **19th** day of **April, 2023**, upon consideration of pending motions and responses thereto and after a hearing on the record, it is hereby **ORDERED** that:

1. Defendants' Motion for Leave to File a Motion in Limine Resulting in a Renewed Motion for Summary Judgment (ECF No. 139) is **GRANTED**. Plaintiffs' claim for unjust enrichment is **DISMISSED**.

2. Plaintiffs' Cross-Motion for Leave to Amend Expert Report (ECF No. 143) is **DENIED**.

3. Defendants' Motion to Strike Jury Demand (ECF No. 148) is **DENIED AS MOOT**.[1]

4. Defendants' Motion for Leave to File a Reply (ECF No. 155) and Plaintiffs' Motion for Leave to File Sur-Opposition (ECF No. 160) are **GRANTED**.

---

[1] Given that the Court dismisses Plaintiffs' remaining claim for unjust enrichment, the issue of Plaintiffs' jury demand is moot.

It is **FURTHER ORDERED** that a final pretrial conference shall be held on **May 18, 2023, at 2:00 pm** in Courtroom 15A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Counsel shall be prepared to select a date certain for trial during the conference.

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**